ACCEPTED
12-15-00068-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/17/2015 4:17:40 PM
CATHY LUSK
CLERK

## IN THE COURT OF APPEALS FOR THE
## 12TH DISTRICT OF TEXAS AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/17/2015 4:17:40 PM
CATHY S. LUSK
Clerk

**ANDREW PJ WHITAKER,** §
APPELLANT §
v. § **Case No. 12-15-00068-CR &**
§ **12-15-00069-CR**
**THE STATE OF TEXAS,** §
APPELLEE §

### STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW,** the State of Texas, by and through her Assistant District Attorney for Nacogdoches County, and tenders this motion for an extension of time to file the State's Answer to Appellant's Brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.2. In support of this motion, the State would show the following:

I.

The case is styled *Andrew PJ Whitaker v. The State of Texas,* and is an appeal from trial in the 420th District Court in Nacogdoches County, Texas, in cause numbers F1421007 and F1521497.

II.

Appellant's brief was filed on July 19, 2014, and the State's answer in the instant case is currently due on August 18, 2015. The State respectfully requests a

30-day extension of time to file the State's answer so that the answer will be due on September 17, 2015. The State has not previously requested an extension of time to file an answer.

### III.

The extension of time to file is not requested for the purpose of an improper delay but so that the State might adequately respond to Appellant's motion. The State alleges good cause exists for the extension due to counsel's preparation and work on other cases, namely:

- *The State of Texas v. Jerome Charez Bryant*, Cause Number F1521805, wherein the defendant is charged with the offense of Criminally Negligent Homicide. A bench trial is currently scheduled for August 17, 2015, and jury selection was completed on August 17, 2015.
- This office was out of town at the 27th annual Crimes Against Children conference in Dallas from August 9 to August 13.
- Once these matters have been adequately addressed, Appellee will have the time to devote to this Answer to Appellant's Brief.

**WHEREFORE**, premises considered, the State respectfully requests that the Court grant the instant motion and extend the time for filing the State's answer for 30 days, until September 17, 2015.

Respectfully submitted,

Kevin Belanger
Assistant District Attorney
Nacogdoches County, Texas
State Bar No. 24094534
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been served via FAX/certified mail/hand delivery on counsel for Appellant, Andrew PJ Whitaker, on this, the 17th day of August, 2015.

Kevin Belanger
Assistant District Attorney
Nacogdoches County, Texas
State Bar No. 24094534
101 West Main Street, Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
FAX: (936) 560-6036